BENEDICT et al., Appellants, v. DAVIS et al., Respondents. (Supreme Court, Appellate

Division, First Department. April 21, 1899.) Action by Seelye Benedict and others against J. Lawrence Davis and others. From an order vacating an injunction, plaintiff appeals. Affirmed. William G. Choate, for appellants. Hector M. Hitchings, for respondents.

PER CURIAM. Upon the proofs before the court below, we do not think that the plaintiffs have shown a state of facts which would justify the court in granting a preliminary injunction. The questions at issue should be left to be determined on the trial. The order appealed from should be affirmed, with $10 costs and disbursements of the appeal.